# IN THE UNITES STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § § § § | |
| GOODMAN NETWORKS, INC., | | Case No. 22-31641-mvl7<br>(Chapter 7) |
| Debtor. | | |
| SCOTT M. SEIDEL, TRUSTEE, *et al.*, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Adv. No. 23-03090-mvl |
| HUDSON CLEAN ENERGY ENTERPRISES, LLC, *et al.*, | | |
| Defendants. | | |

## AGREED MOTION TO CONTINUE TRIAL DOCKET CALL

TO THE HONORABLE MICHELLE V. LARSON,
UNITED STATES BANKRUPTCY JUDGE:

NOW COME plaintiff Scott M. Seidel, chapter 7 trustee for Goodman Networks, Inc., and defendants Hudson Clean Energy Enterprises, LLC, Alliance Texas Holdings, LLC, Neil Z. Auerbach, Judith Auerbach, Auerbach Partners, L.P., James Goodman, James Frinzi, Goodman Investment Holdings, LLC, Genesis Networks, Inc., Genesis Networks Global Services, LLC, Auerbach Children's Dynasty Trust U/A/D October 9, 2012, and Auerbach Family Dynasty Trust U/A/D October 9, 2012, and filed this *Agreed Motion to Continue Trial Docket Call*, in support of which they would respectfully show as follows:

The Trustee filed his *Original Compliant* on November 7, 2023. Certain of the defendants filed a motion to dismiss on February 20, 2024, which the Court denied following a hearing on March 26, 2024, by written order entered March 29, 2024. Those defendants have not yet

answered the complaint. However, under the Court's *Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order* (Dkt. No. 4), trial docket call is set for April 2, 2024. Under the circumstances, the parties file this motion to request a continuance of trial docket call to allow them time to negotiate a new scheduling order.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that the Court enter an order continuing trial a docket call pending submission of a revised scheduling order.

RESPECTFULLY SUBMITTED this 1st day of April 2024.

| /s/ *Julian P. Vasek* | /s/ *Michael Cancienne* |
|---|---|
| Julian P. Vasek | JORDAN, LYNCH & CANCIENNE PLLC |
| Tex. Bar No. 24070790 | Michael Cancienne (SBN 24055256) |
| Munsch Hard Kopf & Harr P.C. | Joseph W. Golinkin II (SBN 24087596) |
| 500 N. Akard St., Ste. 4000 | 1980 Post Oak Blvd., Ste. 2300 |
| Dallas, TX 75201 | Houston, Texas 77056 |
| 214-855-7528 | Telephone: 713.955.4028 |
| jvasek@munsch.com | mcancienne@jlcfirm.com |
| | |
| COUNSEL FOR THE TRUSTEE | COUNSEL FOR THE AUERBACH DEFENDANTS |
| | |
| /s/ *Jason M. Rudd* | /s/ *Randall A. Pulman* |
| Jason M. Rudd | Randall A. Pulman |
| Tex. State Bar No. 24028786 | Pulman, Cappuccio & Pullen, LLP |
| jason.rudd@wickphillips.com | 2161 NW Military Highway, Ste. 400 |
| Paul T. Elkins | San Antonio, TX 78213 |
| Tex. State Bar No. 24092383 | (210) 222-9494 |
| paul.elkins@wickphillips.com | Fax : (210) 892-1610 |
| 3131 McKinney Ave #500 | Email: rpulman@pulmanlaw.com |
| Dallas, TX 75204 | |
| (214) 692-6200 | COUNSEL FOR THE GOODMAN DEFENDANTS |
| | |
| COUNSEL FOR DEFENDANT JAMES FRINZI | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on April 1, 2024, a true and correct copy of this document (along with any attachments) was served via the Court's CM/ECF system on all parties entitled to such notice.

By: /s/ *Julian P. Vasek*
Julian P. Vasek

### IN THE UNITES STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § § § § | |
| GOODMAN NETWORKS, INC., | | Case No. 22-31641-mvl7 (Chapter 7) |
| Debtor. | | |
| SCOTT M. SEIDEL, TRUSTEE, *et al.*, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Adv. No. 23-03090-mvl |
| HUDSON CLEAN ENERGY ENTERPRISES, LLC, *et al.*, | | |
| Defendants. | | |

### AGREED ORDER GRANTING MOTION TO CONTINUE TRIAL DOCKET CALL

Before the Court is the *Agreed Motion to Continue Trial Docket Call* (the "Motion"), filed by plaintiff Scott M. Seidel, chapter 7 trustee for Goodman Networks, Inc., and defendants Hudson Clean Energy Enterprises, LLC, Alliance Texas Holdings, LLC, Neil Z. Auerbach, Judith Auerbach, Auerbach Partners, L.P., James Goodman, James Frinzi, Goodman Investment

Holdings, LLC, Genesis Networks, Inc., Genesis Networks Global Services, LLC, Auerbach Children's Dynasty Trust U/A/D October 9, 2012, and Auerbach Family Dynasty Trust U/A/D October 9, 2012. Having considered the relief requested in the Motion and the agreement of the parties, it is hereby:

ORDERED that the Motion is GRANTED, and trial docket call (currently set for April 2, 2024) is continued pending further order of the Court.

# # # End of Order # # #

Agreed:

| | |
|---|---|
| /s/ *Julian P. Vasek* | /s/ *Michael Cancienne* |
| Julian P. Vasek | JORDAN, LYNCH & CANCIENNE PLLC |
| Tex. Bar No. 24070790 | Michael Cancienne (SBN 24055256) |
| Munsch Hard Kopf & Harr P.C. | Joseph W. Golinkin II (SBN 24087596) |
| 500 N. Akard St., Ste. 4000 | 1980 Post Oak Blvd., Ste. 2300 |
| Dallas, TX 75201 | Houston, Texas 77056 |
| 214-855-7528 | Telephone: 713.955.4028 |
| jvasek@munsch.com | mcancienne@jlcfirm.com |
| COUNSEL FOR THE TRUSTEE | COUNSEL FOR THE AUERBACH DEFENDANTS |
| /s/ *Jason M. Rudd* | /s/ *Randall A. Pulman* |
| Jason M. Rudd | Randall A. Pulman |
| Tex. State Bar No. 24028786 | Pulman, Cappuccio & Pullen, LLP |
| jason.rudd@wickphillips.com | 2161 NW Military Highway, Ste. 400 |
| Paul T. Elkins | San Antonio, TX 78213 |
| Tex. State Bar No. 24092383 | (210) 222-9494 |
| paul.elkins@wickphillips.com | Fax : (210) 892-1610 |
| 3131 McKinney Ave #500 | Email: rpulman@pulmanlaw.com |
| Dallas, TX 75204 | |
| (214) 692-6200 | COUNSEL FOR THE GOODMAN DEFENDANTS |
| COUNSEL FOR DEFENDANT JAMES FRINZI | |