**IN THE UNITED STATES BANKRUPCTY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| GOODMAN NETWORKS, INC. | § § | Case No. 22-31641-mv-7 |
| Debtor. | § § § | (Chapter 7) |
| SCOTT M. SIEDEL, TRUSTEE | § § § | |
| Plaintiff, | § § | ADVERSARY PROCEEDING NO: 23-03090-mvl |
| v. | § § | |
| HUDSON CLEAN ENERGY ENTERPRISES, LLC, ALLIANCE TEXAS HOLDINGS, LLC; NEIL Z. AUERBACH, JUDITH AUERBACH, AUERBACH PARTNERS, L.P, JAMES GOODMAN, JAMES FRINZI, GOODMAN INVESTMENT HOLDINGS, LLC, GENESIS NETWORKS, INC., GENESIS NETWORKS GLOBAL SERVICES, LLC, AUERBACH CHILDREN'S DYNASTY TRUST U/A/D OCTOBER 9, 2012, and AUERBACH FAMILY DYNASTY TRUST U/A/D OCTOBER 9, 2012, | § § § § § § § § § § § § § § § | |
| Defendant(s). | § § | |

**UNOPPOSED MOTION TO EXPEDITE HEARING MOTION TO
WITHDRAW AS COUNSEL OF RECORD**

Wick Phillips Gould & Martin, LLP ("WPGM") respectfully states as follows in support of this request (the "Motion to Expedite") for an expedited hearing:

1.    Concurrently herewith, WPGM filed its Unopposed Motion to Withdraw as Counsel of Record for Defendant James Frinzi ("Mr. Frinzi") [ECF No. 23] (the "Motion to Withdraw").

1

2. WPGM respectfully requests that the Court consider the Motion to Withdraw as soon as the Court's schedule permits.

3. WPGM estimates that a hearing on the Motion to Withdraw will last approximately 15 minutes or less, absent objection.

4. Undersigned counsel certifies that there is a true necessity for an expedited hearing and that WPGM did not create the need for an emergency hearing by a lack of diligence.

5. If the Motion to Expedite is granted, WPGM will promptly file a notice of hearing, which will be served via-email where possible.

WHEREFORE, WPGM respectfully requests that the Court enter an order substantially in the form attached hereto as **Exhibit A**, granting the relief herein and such other relief as the Court deems appropriate under the circumstances.

Dated: April 23, 2024                    Respectfully submitted,

/s/ Jason M. Rudd
Jason M. Rudd, Tex. Bar No. 24028786
Paul T. Elkins, Tex. Bar No. 24092383
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, TX 75204
Phone: (214) 692-6200
Fax: (214) 692-6255
Email:  jason.rudd@wickphillips.com
             paul.elkins@wickphillips.com

**COUNSEL FOR DEFENDANT JAMES FRINZI**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on April 19, 2024, he conferred by phone with Davor Rukavina, Counsel for Scott Seidel, Chapter 7 Trustee and Plaintiff. The Trustee does not oppose this Motion.

*/s/ Jason M. Rudd*
Jason M. Rudd

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2024, I electronically filed the foregoing with the clerk of the court using the CM/ECF system and have served a copy of the same to the following parties or their counsel via the method(s) indicated below:

| | | |
|---|---|---|
| Davor Rukavina | | |
| Thomas D. Berghman | _____ | Hand Delivery |
| **MUNSCH HARDT KOPF & HARR, P.C.** | _____ | Regular Mail |
| 3800 Ross Tower | _____ | Facsimile |
| 500 N. Akard Street | _____ | E-mail |
| Dallas, TX 75201 | __X__ | CM/ECF |

**Counsel for the Scott Seidel, Chapter 7 Trustee**

| | | |
|---|---|---|
| | _____ | Hand Delivery |
| **James Frinzi** | __X__ | Regular Mail |
| 3736 Bee Cave Road, Suite 1164 | _____ | Facsimile |
| Austin, Texas 78746 | __X__ | E-mail |
| James@frinzi.net | _____ | CM/ECF |

*/s/ Jason M. Rudd*
Jason M. Rudd

3

# EXHIBIT A
**Proposed Order**

**IN THE UNITED STATES BANKRUPCTY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Case No. 22-31641-mv-7 |
| GOODMAN NETWORKS, INC. | § § | |
| | § | (Chapter 7) |
| Debtor. | § § | |
| SCOTT M. SIEDEL, TRUSTEE | § § | |
| Plaintiff, | § § | ADVERSARY PROCEEDING |
| | § | NO: 23-03090-mvl |
| v. | § § | |
| HUDSON CLEAN ENERGY ENTERPRISES, LLC, ALLIANCE TEXAS HOLDINGS, LLC; NEIL Z. AUERBACH, JUDITH AUERBACH, AUERBACH PARTNERS, L.P, JAMES GOODMAN, JAMES FRINZI, GOODMAN INVESTMENT HOLDINGS, LLC, GENESIS NETWORKS, INC., GENESIS NETWORKS GLOBAL SERVICES, LLC, AUERBACH CHILDREN'S DYNASTY TRUST U/A/D OCTOBER 9, 2012, and AUERBACH FAMILY DYNASTY TRUST U/A/D OCTOBER 9, 2012, | § § § § § § § § § § § § § § | |
| Defendant(s). | § | |

**<u>ORDER GRANTING UNOPPOSED MOTION TO EXPEDITE HEARING</u>**

1

CAME ON FOR CONSIDERATION the request (the "Motion to Expedite") for an expedited hearing on the Unopposed Motion to Withdraw as Counsel (the "Motion to Withdraw"), filed by Wick Phillips Gould & Martin, LLP. The Court finds that the Motion to Expedite should be granted as set forth below.

It is therefore ORDERED that the Motion to Withdraw is scheduled for expedited hearing on the date and time listed above.

# # # END OF ORDER # # #

PREPARED AND SUBMITTED BY:

Jason M. Rudd, Tex. Bar No. 24028786
Paul T. Elkins, Tex. Bar No. 24092383
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
jason.rudd@wickphillips.com
paul.elkins@wickphillips.com