BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Seidel v. Hudson Clean Energy Enterprises, LLC et al<br><br>DEBTOR | [29] Motion for preliminary injunction Trustee's Emergency Motion for Temporary Restraining Order, Expedited Discovery, and Preliminary Injunction, and Brief In Support Thereof filed by Plaintiff Scott Seidel | Case # 23–03090–mvl |

## TYPE OF HEARING

Scott Seidel                                    *VS*

**PLAINTIFF / MOVANT**                                                    **DEFENDANT / RESPONDENT**

Davor Rukavina

**ATTORNEY**                                                                **ATTORNEY**

## EXHIBITS

DECLARATION OF DAVOR RUKAVINA ADMITTED WITH ATTACHED EXHIBITS A–H (FILED UNDER SEAL AT DKT [49])

| | | |
|---|---|---|
| Hawaii Jeng | 5/14/2024 | Michelle V. Larson |
| **REPORTED BY** | **HEARING DATE** | **JUDGE PRESIDING** |