**JORDAN, LYNCH & CANCIENNE PLLC**
Michael Cancienne (SBN 24055256)
Joseph W. Golinkin II (SBN 24087596)
1980 Post Oak Blvd., Ste. 2300
Houston, Texas 77056
Telephone: 713.955.4025

*Counsel for the Cross-Defendants*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br>GOODMAN NETWORKS, INC.<br>    *Debtor.* | Chapter 7<br>Case No. 22-31641-mvl-7 |
| SCOTT M. SEIDEL, TRUSTEE; and GNET ATC, LLC<br>    *Plaintiffs,*<br>v.<br>HUDSON CLEAN ENERGY ENTERPRISES, LLC; ALLIANCE TEXAS HOLDINGS, LLC; NEIL Z. AUERBACH; JUDITH AUERBACH; AUERBACH PARTNERS, L.P.; JAMES GOODMAN; JAMES FRINZI; GOODMAN INVESTMENT HOLDINGS, LLC; GENESIS NETWORKS, INC.; GENESIS NETWORKS GLOBAL SERVICES, LLC; AUERBACH CHILDREN'S DYNASTY TRUST U/A/D OCTOBER 9, 2012; and AUERBACH FAMILY DYNASTY TRUST U/A/D OCTOBER 9, 2012,<br>    *Defendants.* | Adversary Proceeding No. 23-03090-mvl |

**<u>NOTICE OF HEARING</u>**

PLEASE TAKE NOTICE that the Court has scheduled a hybrid hearing on **March 4, 2025 at 2:00 p.m.** to consider *Cross-Defendants Alliance Texas Holdings, LLC and Neil Z. Auerbach's Motion to Dismiss* [Docket No. 96].

The hearing will be held in person and via WebEx before the Honorable Michelle V. Larson, United States Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom No. 2, Dallas, Texas 75242. The WebEx videoconference information is below:

**For WebEx Video Participation/Attendance**

Link: https://us-courts.webex.com/meet/larson

Meeting Number: 23014761957

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Access Code: 2301 476 1957

Respectfully submitted,

JORDAN, LYNCH & CANCIENNE PLLC

By: *s/ Michael Cancienne*
    Michael Cancienne
    State Bar No. 24046330
    Joseph ("Jeb") W. Golinkin II
    State Bar No. 24087596
    1980 Post Oak Blvd., Ste. 2300
    Houston, Texas 77056
    713-955-4020 (Telephone)
    713-955-9644 (Fax)
    mcancienne@jlcfirm.com
    jgolinkin@jlcfirm.com

ATTORNEYS FOR CROSS-DEFENDANTS
ALLIANCE TEXAS HOLDINGS, LLC AND
NEIL Z. AUERBACH

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record in this case.

    */s/ Michael Cancienne*
    Michael Cancienne